STATE of Missouri, Respondent,

v.

Michael EDWARDS, Appellant,

Michael EDWARDS, Appellant,

v.

STATE of Missouri, Respondent.

Nos. 64639, 66718.

Missouri Court of Appeals, Eastern District, Division Four.

July 25, 1995.

Deborah B. Wafer, Dist. Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joanne E. Beal, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, P.J., and SIMON and KAROHL, JJ.

## ORDER

PER CURIAM.

Defendant appeals his conviction of burglary in the second degree in violation of § 569.170 RSMo1986. Defendant also appeals the denial, after an evidentiary hearing, of his Rule 29.15 motion for post-conviction relief. Defendant was sentenced to a term of fifteen years as a prior and persistent offender, § 558.016 (Supp.1993).

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rules 30.25(b) and 84.16(b).